```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JAIME PORTILLO,                                              :
                                                             :
                                    Plaintiff,               :
                                                             :            17-CV-6675 (VSB)
            -against-                                        :
                                                             :                **ORDER**
CITY OF NEW YORK, et al.,                                    :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is Plaintiff's letter dated November 4, 2019, and received by the pro se office on November 18, 2019. (Doc. 48.) Plaintiff's letter is a timely request to reopen his case in accordance with my October 18, 2019 Order, (*see* Doc. 47), and sets forth facts demonstrating good cause for his failure to timely oppose Defendants' motion to dismiss, (Doc. 40). Although my Order asked Plaintiff to address the arguments made in Defendants' memorandum of law, Plaintiff's letter does not address these arguments and instead requests a sixty (60) day extension in which to respond. (*See* Doc. 48, at 5.) Accordingly, it is hereby:

ORDERED that Plaintiff has thirty (30) days from the date of this order to address the arguments made in Defendant's memorandum of law, after which I will not grant further extensions.

The Clerk's Office is respectfully instructed to mail a copy of this order, as well as Documents 28, 40, 41, 42, 47, and 48 to the pro se Plaintiff.

SO ORDERED.

Dated: November 21, 2019
      New York, New York

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge