**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAIME PORTILLO,

                Plaintiff,

-against-                                17 **CIVIL** 6675 (VSB)

                                                **JUDGMENT**

CITY OF NEW YORK, et al.

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Defendants' motion to dismiss Plaintiff's second amended complaint is granted, and judgment is entered for Defendants; accordingly, this case is closed.

**Dated:** New York, New York
            June 2, 2020

                                                      **RUBY J. KRAJICK**
                                                     _____
                                                       **Clerk of Court**
                                      **BY:**
                                                         **Deputy Clerk**